## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

WILLIAM PARRISH, individually and on ) 
behalf of all others similarly situated, )
                                     )

          Plaintiffs, )
                                      )

v.                                   ) Civ. Act. No. 5:16-cv-00417-DAE

                                      )
PREMIER DIRECTIONAL DRILLING, L.P., )

          Defendants. )
                                      )

## ORDER GRANTING DEFENDANT'S MOTION TO SEAL
## DEFENDANT'S REPLY IN SUPPORT OF ITS EMERGENCY MOTION FOR RETURN
## OF PUTATIVE CLASS MEMBERS' CONTACT INFORMATION

On this day, came for consideration Defendant Premier Directional Drilling, L.P.'s

Motion to Seal its Reply Brief in Support of its Emergency Motion for Return of Putative Class

Members' Contact Information, and for good cause shown, the Motion is **GRANTED**.

The Clerk is directed to file its Defendant's Reply Brief in Support of its Emergency

Motion for Return of Putative Class Members' Contact Information under seal pursuant to the

Court's Local Rules and Procedures.

**SO ORDERED** this 4ᵗʰ day of January , 2016

HONORABLE JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE

2472345.1
150101.000004