UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WILLIAM PARRISH, Individually and On Behalf of Others Similarly Situated, | CASE NO: 5:16-cv-00417-DAE COLLECTIVE ACTION |
| v. | JUDGE DAVID A. EZRA |
| PREMIER DIRECTIONAL DRILLING, L.P. | MAGISTRATE JOHN W. PRIMOMO |

**PARRISH'S MOTION FOR ENTRY OF STANDARD PROTECTIVE ORDER**

Premier Directional Drilling, L.P. ("Premier") has withheld various documents, citing the lack of a protective order. In its responses to Parrish's first set of requests for production alone, Premier lodged 15 such objections to individual requests, as well as an (improper)[1] global objection. Ex. A.

William Parrish therefore moves the Court to enter the District's standard Protective Order. L.R. CV-appx. H. The protective order specifies the conditions under which private, sensitive, and/or legally confidential documents and information in possession of the Parties must be exchanged, used, and protected in this litigation, and authorizes the Parties to disclose that information in response to discovery requests.

This protective order is justified by Federal Rule of Civil Procedure 26(c), Local Civil Rule 26, and relevant case law. Based on Premier's representations, the entry of such a protective order is necessary in order for Premier to produce relevant and essential discovery. The form of Parrish's proposed Protective Order has already been approved by virtue of Local Civil Rule 26(c).

Parrish therefore respectfully requests that the District's Standard Protective Order be adopted by order of the Court.

---

[1] *See, e.g.*, *Abraham v. Cavender Boerne Acquisition of Texas, Ltd.*, No. SA-10-CA-453-XR, 2011 WL 13127173, at *5 (W.D. Tex. Apr. 26, 2011) (Primomo, Mag.).

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: ***/s/ Matthew S. Parmet***
      Richard J. (Rex) Burch
      Texas Bar No. 24001807
      Matthew S. Parmet
      Texas Bar No. 24069719
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone:   (713) 877-8788
Telecopier:   (713) 877-8065
rburch@brucknerburch.com
mparmet@brucknerburch.com

Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
**FIBICH, LEEBRON, COPELAND,**
    **BRIGGS & JOSEPHSON**
1150 Bissonnet
Houston, Texas 77005
Telephone:   (713) 751-0025
Telecopier:   (713) 751-0030
mjosephson@fibichlaw.com
adunlap@fibichlaw.com

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

On February 9, 2016, I served a copy of this document on all registered parties and/or their counsel of record, via the Court's CM/ECF system.

***/s/ Matthew S. Parmet***
_____
Matthew S. Parmet

~ 3 ~

## CERTIFICATE OF CONFERENCE

Prior to filing this Motion, Parrish's Counsel attempted to confer to reach agreement. On February 7, 2017, I sent correspondence to Premier's Counsel requesting agreement to the Western District's standard protective order and/or Premier's Counsel's availability to confer via telephone. Ex. B. No response of any kind was received.

Accordingly, this motion is filed as "opposed."

*/s/ Matthew S. Parmet*
_____
Matthew S. Parmet