IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WILLIAM PARRISH, individually and on behalf of all others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) PREMIER DIRECTIONAL DRILLING, L.P., ) ) Defendants. ) ) | Civ. Act. No. 5:16-cv-00417-DAE |

## ORDER GRANTING
### DEFENDANT'S EMERGENCY MOTION FOR PROTECTIVE ORDER

On this day, came for consideration Defendant's Emergency Motion or Protective Order Regarding the Depositions of Ricky Menard and Thomas Schmidt. The Court having reviewed the Motions, any response thereto, and the evidence before the Court, is of the opinion that said Motion should be, and is, hereby **GRANTED** for good cause shown.

It is **FURTHER ORDERED** that the deposition of Ricky Menard (noticed for February 24, 2017), and the deposition of Thomas Schmidt (noticed for February 28, 2017), shall be stayed until a date mutually agreed upon by parties' counsel and after March 1, 2017.

SO ORDERED this 23RD day of FEBRUARY, 2017.

By: _____
Hon. John W. Primomo
United States Magistrate Judge

2526630.1
150101.000004