```
                  UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TEXAS
                      SAN ANTONIO DIVISION
```

WILLIAM PARRISH, JOSHUA D.          \*
ELLESTAD, MARIO ALFARO,             \*
THOMAS J. BECKETT and MATTHEW       \*
S. ROBBINS,                         \*
                                    \*   CIVIL NO. SA-16-CA-00417-DAE
         Plaintiffs,                \*
                                    \*
v.                                  \*
                                    \*
PREMIER DIRECTIONAL DRILLING,       \*
L.P.,                               \*
                                    \*
         Defendant.                 \*

## O R D E R

Before the Court is Defendant's Motion for Protective Order which seeks to quash the deposition of Michael Kennedy (docket no. 125), and Parrish's motion for leave to file documents under seal as exhibits to its response to defendant's motion (docket no. 129). By order dated June 19, 2017, both matters were referred to the undersigned. On June 20, 2017, at 12:10 p.m., counsel for defendant contacted the court's chambers requesting a ruling on its motion to quash the deposition scheduled for 1:30 p.m.

Upon consideration of the motions, response and applicable law, the motion for protective order is **DENIED** (docket no. 125), and the motion to file under seal is **GRANTED** (docket no. 129).[1]

---

[1] Counsel for defendant was advised of the Court's ruling by telephone prior to the scheduled time of deposition.

It is **ORDERED** that the deposition of Michael Kennedy is to proceed on June 20, 2017, as noticed by Plaintiff, William Parrish.

It is **FURTHER ORDERED** that the exhibits to Parrish's motion be filed under seal.

It is so **ORDERED.**

**SIGNED** June 20, 2017.

_____
**JOHN W. PRIMOMO**
**UNITED STATES MAGISTRATE JUDGE**