AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
NOV 27 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| WILLIAM PARRISH, et.al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. SA-16-CV-417-DAE |
| PREMIER DIRECTIONAL DRILLING, L.P. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  The Court GRANT'S Plaintiff's Motion for Summary Judgment, and OVERRULES IN PART, DENIES IN PART, and DENIES AS MOOT IN PART Plaintiff's Objections and Motions to Strike. The Court further DENIES Defendant's (Premier's) Motion for Summary Judgment, and DENIES AS MOOT Premier's Motion to Strike.  All pending motions have been ruled upon, Judgment is entered and this case is CLOSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   David Alan Ezra

Date:   11/27/2017

CLERK OF COURT

Wayne Garcia
*Signature of Clerk or Deputy Clerk*